**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | Case No. CV 18-7268-SVW-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| GIAN HERNANDEZ, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's Complaint is dismissed without prejudice and without leave to amend.

Dated: January 31, 2019

HONORABLE STEPHEN V. WILSON
United States District Judge